UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Case No.: __15-12916__ |
| | : | |
| Joseph C. Amato and | : | Adv. No.: ____N/A____ |
| Tracy A. Amato | : | |
| | : | Judge: ____JNP____ |
| Debtor (s), | : | |
| _____ | : | Chapter: ____13____ |

# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable ____Jerrold N. Poslusny, Jr.____, United States Bankruptcy Judge.

**Reason for Hearing:**  Debtor(s) Objection to Certification of Default Submitted by the Chapter 13 Standing Trustee

**Location of Hearing:**  Courtroom No. _4C_
Mitchell H. Cohen Courthouse
400 Cooper Street, 4th Floor
Camden, NJ  08101

**Date and Time:**  October 28, 2016 at 10:00 a.m.,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    ✔ ARE REQUIRED        _____ ARE NOT REQUIRED

DATED:    _September 28, 2016_            JAMES J. WALDRON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on ____September 28____, 20 _16_ the foregoing notice was served on the following:

Chapter 13 Standing Trustee
Debtor(s)
Attorney for Debtor via CM/ECF

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph C. Amato  
Tracy A. Amato  
     Debtors

Case No. 15-12916-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 28, 2016  
                          Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2016.  
db/jdb         +Joseph C. Amato,    Tracy A. Amato,    215 Hobart Drive,    Laurel Springs, NJ 08021-4938

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2016 at the address(es) listed below:

         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
         Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
         Joseph J. Rogers    on behalf of Debtor Joseph C. Amato jjresq@comcast.net,    jjresq1@comcast.net  
         Joseph J. Rogers    on behalf of Joint Debtor Tracy A. Amato jjresq@comcast.net, jjresq1@comcast.net  
         Joshua I. Goldman    on behalf of Creditor   Pingora Loan Servicing Inc jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         Laura M. Danks    on behalf of Creditor   Robin Miller, Executor of the Estate of Robert Walter Gennett, Sr. ldanks@capehart.com

                                                                                                                                                                                                                         TOTAL: 7