| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Joseph J. Rogers, Esquire (JJR 1185)<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, NJ 08012<br>(856) 228-7964<br><br>In Re:<br><br>Joseph and Tracy Amato | Order Filed on December 1,<br>2016 by Clerk U.S. Bankruptcy<br>Court District of New Jersey<br><br>Case No.: 15-12916 JNP<br>Chapter: 13<br>Judge: Jerrold N. Poslusny, Jr |
|---|---|

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 1, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph J. Rogers, Esq_____, the applicant, is allowed a fee of $ _____400_____ for services rendered and expenses in the amount of $_____ for a total of $_____400_____ . The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____****_____ per month for _____***_____ months to allow for payment of the aforesaid fee.

[*The attorney fees were included in the figures resolving the Trustee's Certification of Default.*]

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph C. Amato  
Tracy A. Amato  
      Debtors

Case No. 15-12916-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 01, 2016  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2016.  
db/jdb        +Joseph C. Amato,   Tracy A. Amato,   215 Hobart Drive,   Laurel Springs, NJ 08021-4938

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2016 at the address(es) listed below:
        Denise E. Carlon   on behalf of Creditor   Pingora Loan Servicing Inc dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa (NA)   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
        Joseph J. Rogers   on behalf of Joint Debtor Tracy A. Amato jjresq@comcast.net, jjresq1@comcast.net  
        Joseph J. Rogers   on behalf of Debtor Joseph C. Amato jjresq@comcast.net, jjresq1@comcast.net  
        Joshua I. Goldman   on behalf of Creditor   Pingora Loan Servicing Inc jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Laura M. Danks   on behalf of Creditor   Robin Miller, Executor of the Estate of Robert Walter Gennett, Sr. ldanks@capehart.com  
                                                                                                                                                 TOTAL: 8