Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 15−12916−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph C. Amato
215 Hobart Drive
Laurel Springs, NJ 08021

Tracy A. Amato
215 Hobart Drive
Laurel Springs, NJ 08021

Social Security No.:
    xxx−xx−5333                                          xxx−xx−1803

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on February 7, 2017.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 7, 2017
JAN: cmf

                                                                Jeanne Naughton
                                                                Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey

In re:                                                                  Case No. 15-12916-JNP
Joseph C. Amato                                                         Chapter 13
Tracy A. Amato
         Debtors               CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                    Page 1 of 3                  Date Rcvd: Feb 07, 2017
                               Form ID: 148                   Total Noticed: 78


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2017.
db/jdb         +Joseph C. Amato,    Tracy A. Amato,    215 Hobart Drive,    Laurel Springs, NJ 08021-4938
aty            +Cristina L. Connor,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
515338962      +A-1 Collections Svc,    101 Grovers Mill Rd Ste,    Lawrenceville, NJ 08648-4706
515338963       Advanced Dermatology,    570 Harbor Road Suite C-1,    Sewell, NJ 08080
515338964      +Advicare Garden State Oed Adol Med,    PO Box 3001 D47,    Voorhees, NJ 08043-0598
515338965      +Advocare Ped Physicians Of Burlington Co,    IC Systems Inc,    PO Box 64437,
                 St. Paul, MN 55164-0437
515338969      +Bank of Ameica Checking Account,    Rjm Acq Llc,    575 Underhill Blvd Ste 2,
                 Syosset, NY 11791-3426
515354331      +Bank of America N.A.,    Loss/Recovery,    P O Box 982284,    El Paso, TX 79998-2284
515338973       Capital Health Regional Medical Center,    PO Box 78531,    Philadelphia, PA 19178-0001
515518165      +Cavalry SPV I, LLC,    Assignee of Capital One Bank (USA), N.A.,    Bass & Associates, P.C.,
                 3936 E Ft. Lowell Road Suite #200,    Tucson, AZ 85712-1083
515338974      +Cenlar FSB,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
515338977      +Commonwealth Financial,    245 Main Street,    Scranton, PA 18519-1641
515338980       Diagnostic Iimaging Of South Jersey,    Lock Box 7746,    PO Box 8500,
                 Philadelphia, PA 19178-7746
515565051       EMERG PHY ASSOC OF S.JERSEY,PC,    PO Box 1109,    Minneapolis, MN 55440-1109
515338983      +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
515338984       Emerg Phy Assoc of S Jersey,    PO Box 740021,    Cincinnati, OH 45274-0021
515338989      +Jersey Central Power Light,    Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,
                 Atlanta, GA 30346-2294
515338990       Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
515338991      +Kivitz McKeever Lee, PC,    701 Market Street,    Philadelphia, PA 19106-1541
515338992       Laboratory Corporation of Amer,    PO Box 2240,    Burlington, NC 27216-2240
515338993      +Lourdes Emergency Room,    Professional Service Fund,    200 Trenton Road,
                 Browns Mills, NJ 08015-1705
515338994      +Medemerge PA,    Po Box 890,    Green Brook, NJ 08812-0890
515338996      +MetLife Home Loans,    PO Box 8000,    Johnstown, PA 15907-8000
515356552      +Nelnet on behalf of NJHESAA,    New Jersey Higher Ed Student Asst Auth,
                 4 Quakerbridge Plaza, PO Box 548,    Trenton, NJ 08625-0548
515338999       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
515654374       Peritus Portfolio as Assignee for NCEP llc,    POBox 141419,    Irving TX 75014-1419
515654375       Peritus Portfolio as Assignee for NCEP llc,    POBox 141419,    Irving TX 75014-1419,
                 Peritus Portfolio as Assignee for NCEP l,    POBox 141419,    Irving TX 75014-1419
516552270       Pingora Loan Servicing Inc,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
515359184      +Pingora Loan Servicing Inc,    Kivitz, McKeever, Lee, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
515450728      +Pingora Loan Servicing, LLC,    Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
515339000      +Public Svc Elec Gas,    Cci,    1835 Central Ave,    Augusta, GA 30904-5734
515339003      +Robin Miller, Estate of Robert Gennett,    Capehart & Scatchard PA, POBox 5016,
                 8000 Midlantic Drive Suite 300s,    Mount Laurel, NJ 08054-1543
515461642     ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
               (address filed with court: Snap-on Credit LLC,    950 Technology Way,    Suite 301,
                 Libertyville, IL 60048)
515339009       The Childrens Hospital Of Phildelphia,    PO Box 8500,    Philadelphia, PA 19178-7802
515440455      +US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
515339010      +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
515339012       Virtua Medical Group,    PO Box 95000-2640,    Philadelphia, PA 19195-2640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2017 22:40:42      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2017 22:40:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515369536       EDI: AIS.COM Feb 07 2017 22:18:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
515538980       EDI: RESURGENT.COM Feb 07 2017 22:19:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
515338967      +EDI: ACCE.COM Feb 07 2017 22:18:00      Asset Accept,    Po Box 1630,    Warren, MI 48090-1630
515338968      +E-mail/Text: ACF-EBN@acf-inc.com Feb 07 2017 22:39:39      Atlantic Crd,    P O Box 13386,
                 Roanoke, VA 24033-3386
515338970      +EDI: TSYS2.COM Feb 07 2017 22:18:00      Barclays Bank Delaware,    125 S West St,
                 Wilmington, DE 19801-5014
515339008       EDI: AISTMBL.COM Feb 07 2017 22:18:00      T-Mobile,    PO Box 742596,
                 Cincinnati, OH 45274-2596
515338971       EDI: CAPITALONE.COM Feb 07 2017 22:19:00      Cap One,    Po Box 85520,    Richmond, VA 23285
515559382      +E-mail/Text: bncmail@w-legal.com Feb 07 2017 22:40:50      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

```
District/off: 0312-1           User: admin                  Page 2 of 3                   Date Rcvd: Feb 07, 2017
                               Form ID: 148                 Total Noticed: 78


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515338972      +E-mail/Text: clientrep@capitalcollects.com Feb 07 2017 22:41:43      Capital Collection Svc,
                 Po Box 150,    West Berlin, NJ 08091-0150
515338975      +Fax: 602-659-2196 Feb 07 2017 23:34:00      ChexSystems,    7805 Hudson Road Suite 100,
                 Woodbury, MN 55125-1703
515338976      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Feb 07 2017 22:41:18
                 Comcast Cable Communications,    1490 Berlin Road,    Woodcrest Shopping Center,
                 Cherry Hill, NJ 08003-3652
515338978      +EDI: CCS.COM Feb 07 2017 22:18:00      Credit Collection Services,    Two Wells Avenue,,
                 Newton, MA 02459-3246
515338979      +EDI: RCSFNBMARIN.COM Feb 07 2017 22:18:00      Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
515338981       EDI: DIRECTV.COM Feb 07 2017 22:19:00      Direct TV,    PO Box 11732,   Newark, NJ  07101-4732
515338982      +EDI: DCI.COM Feb 07 2017 22:19:00      Diversified Consultant,    10550 Deerwood Park Blvd,
                 Jacksonville, FL 32256-0596
515338985      +E-mail/Text: bknotice@erccollections.com Feb 07 2017 22:40:45      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
515338986      +EDI: AMINFOFP.COM Feb 07 2017 22:18:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
515338987      +EDI: AMINFOFP.COM Feb 07 2017 22:18:00      Fst Premier,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
515338988      +EDI: IIC9.COM Feb 07 2017 22:19:00      I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
516449059       EDI: IRS.COM Feb 07 2017 22:19:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA  19101-7346
515554873       EDI: RESURGENT.COM Feb 07 2017 22:19:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
515537982       EDI: MERRICKBANK.COM Feb 07 2017 22:18:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
515338995      +EDI: MERRICKBANK.COM Feb 07 2017 22:18:00      Merrick Bank,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
515338997      +EDI: MID8.COM Feb 07 2017 22:18:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
515338998      +E-mail/Text: electronicbkydocs@nelnet.net Feb 07 2017 22:40:44      Nelnet Lns,
                 3015 S. Parker Rd, Ste 425,    Aurora, CO 80014-2904
515566157       EDI: RECOVERYCORP.COM Feb 07 2017 22:18:00      Orion,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
515572845       EDI: PRA.COM Feb 07 2017 22:18:00      Portfolio Recovery Associates, LLC,    c/o Lowes,
                 POB 41067,    Norfolk VA 23541
515571481       EDI: PRA.COM Feb 07 2017 22:18:00      Portfolio Recovery Associates, LLC,
                 c/o Walmart Credit Card,    POB 41067,   Norfolk VA 23541
515427128      +E-mail/Text: bankruptcy@pseg.com Feb 07 2017 22:39:41      PSE&G,    PO Box 490,
                 Cranford NJ 07016-0490,    Attn: Bankruptcy Dept
515654375       E-mail/Text: peritus@ebn.phinsolutions.com Feb 07 2017 22:41:41
                 Peritus Portfolio as Assignee for NCEP llc,    POBox 141419,    Irving TX 75014-1419,
                 Peritus Portfolio as Assignee for NCEP l,    POBox 141419,    Irving TX 75014-1419
515654374       E-mail/Text: peritus@ebn.phinsolutions.com Feb 07 2017 22:41:41
                 Peritus Portfolio as Assignee for NCEP llc,    POBox 141419,    Irving TX 75014-1419
515569094      +EDI: JEFFERSONCAP.COM Feb 07 2017 22:19:00      Premier Bankcard, Llc.,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
515339002       EDI: RMCB.COM Feb 07 2017 22:18:00      RMCB,    PO Box 1235,   Elmsford, NY  10523-0935
515339001      +E-mail/Text: Supportservices@receivablesperformance.com Feb 07 2017 22:41:31
                 Receivables Performanc,    20816 44th Ave W,    Lynnwood, WA 98036-7744
515405525       EDI: NEXTEL.COM Feb 07 2017 22:18:00      Sprint Corp.,    Attn Bankruptcy Dept,    PO Box 7949,
                 Overland Park KS 66207-0949
515367295      +EDI: DRIV.COM Feb 07 2017 22:19:00      Santander Consumer USA Inc,    P.O. Box 560284,
                 Dallas, TX 75356-0284
515339004      +EDI: DRIV.COM Feb 07 2017 22:19:00      Santander Consumer Usa,    Po Box 961245,
                 Ft Worth, TX 76161-0244
515339006      +EDI: RMSC.COM Feb 07 2017 22:19:00      Syncb/lowes,    Po Box 965005,   Orlando, FL 32896-5005
515339007      +EDI: RMSC.COM Feb 07 2017 22:19:00      Syncb/walmart,    Po Box 965024,   Orlando, FL 32896-5024
515339011      +EDI: VERIZONEAST.COM Feb 07 2017 22:19:00      Verizon,    500 Technology Dr Ste 30,
                 Weldon Spring, MO 63304-2225
515339013      +EDI: WFFC.COM Feb 07 2017 22:18:00      Wells Fargo Bank,    PO Box 10347,
                 Des Moines, IA 50306-0347
                                                                                               TOTAL: 43

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Jefferson Capital Systems LLC
516443969*    +Department of Treasury,    Internal Revenue Service,    P O Box 7346,
                Philadelphia, PA 19101-7346
515339005*   ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,   LIBERTYVILLE IL 60048-5339
               (address filed with court: Snap-on Credit Llc,      1125 Tri-state Parkway,    Gurnee, IL  60031)
516443968*    +department of Treasury,    Internal Revenue Service,    P O Box 7346,
                Philadelphia, PA 19101-7346
```

```
District/off: 0312-1          User: admin                Page 3 of 3               Date Rcvd: Feb 07, 2017
                              Form ID: 148               Total Noticed: 78

515338966     ##+Ars Account Resolution,    1801 Nw 66th Ave,   Fort Lauderdal, FL 33313-4571
                                                                              TOTALS: 1, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2017 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Pingora Loan Servicing Inc dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Joseph J. Rogers    on behalf of Joint Debtor Tracy A. Amato jjresq@comcast.net,
               jjresq1@comcast.net
              Joseph J. Rogers    on behalf of Debtor Joseph C. Amato jjresq@comcast.net,   jjresq1@comcast.net
              Joshua I. Goldman    on behalf of Creditor    Pingora Loan Servicing Inc jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Danks    on behalf of Creditor    Robin Miller, Executor of the Estate of Robert Walter
               Gennett, Sr. ldanks@capehart.com
                                                                                             TOTAL: 8
```